# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>RECREATIONAL EQUIPMENT INC, a Washington corporation,<br><br>        Defendants. | Case No.: 8:18-cv-01859-JLS-KES<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Josephine L. Staton presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated  April 19, 2019

JOSEPHINE L. STATON
Judge, United States District Court,
Central District of California